NUMBER 13-07-00546-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_____________________________________________________________ 


MARCIAL MEJIA, Appellant,


v.



BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, Appellee. 

____________________________________________________________ 


 On appeal from the 107th District Court 


of Cameron County, Texas.


___________________________________________________________ 


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 Currently pending before the Court is a motion to dismiss this appeal for lack of
jurisdiction. Appellee, Brownsville Independent School District, contends that appellant,
Marcial Mejia, failed to timely perfect appeal in this matter. Appellant has failed to file a
response to this motion. 

 A full and final summary judgment in this cause was rendered against appellant,
Marcial Mejia, on April 26, 2007. Appellant filed a timely motion for new trial on May 11,
2007, which was overruled by operation of law on July 11, 2007. The trial court entered
an order denying the motion for new trial on August 23, 2007. Appellant filed his notice of
appeal on September 7, 2007, seeking to appeal the order signed on August 23, 2007. 

 Given that appellant filed a timely motion for new trial, appellant's notice of appeal
was due within ninety days after the judgment was signed, or July 25, 2007. Tex. R. App.
P. 26.1(a). Appellant filed the notice of appeal on September 7, 2007, forty-one days after
the deadline to file it. See id. Appellant failed to file a timely motion to extend the time for
filing the notice of appeal. See id. 26.3.

 The Court, having examined and fully considered the motion to dismiss, the
documents on file, appellant's failure to timely perfect his appeal, and appellant's failure
to respond to appellee's motion to dismiss, is of the opinion that the appeal should be
dismissed for want of jurisdiction. Accordingly, motion to dismiss is GRANTED and the
appeal is hereby DISMISSED FOR WANT OF JURISDICTION. See Tex. R. App. P.
42.3(a)(c). Pending motions, if any, are likewise DISMISSED FOR WANT OF
JURISDICTION.

 PER CURIAM

Memorandum Opinion delivered and filed 

this the 13th day of December, 2007.